# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| KENNETH WATKINS, | : | |
| Claimant | : | |
| v. | : | 5:05-CV-466 (WDO) |
| JO ANNE BARNHART, | : | |
| Commissioner of Social Security, | : | |
| Respondent | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to remand this Social Security disability benefits case for further consideration. Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED IN FULL and made the order of the Court. This case is HEREBY REMANDED for consideration of the issues set forth in the Recommendation.

SO ORDERED this 27th day of March, 2007.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE