# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **KENNETH WATKINS,** : | |
| **Claimant** : | |
| v. : | 5:05-CV-466 (WDO) |
| **JO ANNE BARNHART,** : | |
| **Commissioner of Social Security,** : | |
| **Respondent** : | |

## ORDER

This order HEREBY VACATES the judgment entered on April 30, 2007 and enters this amended judgment reversing the decision of the Commissioner of Social Security and remanding the case pursuant to Sentence Six of 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure.

**SO ORDERED this 7th day of June, 2007.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**